UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| YOUTUBE, LLC, a Delaware Limited Liability Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER L. BRADY, )<br>)<br>Defendant. ) | Case No. 8:19-cv-353<br><br>**ENTRY OF APPEARANCE** |

    Daniel E. Klaus and the law firm Rembolt Ludtke LLP hereby enters their appearance as the counsel of record for Defendant Christopher L. Brady.

    DATED September 6, 2019

                                          CHRISTOPHER L. BRADY, Defendant

                                          By:    REMBOLT LUDTKE LLP
                                                      3 Landmark Centre
                                                      1128 Lincoln Mall, Suite 300
                                                      Lincoln, NE 68508
                                                      (402) 475-5100

                                          By:    /s/ Daniel E. Klaus
                                                      Daniel E. Klaus (#17889)
                                                      dklaus@remboltlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this documents via the Court's CM/ECF system on September 6, 2019. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                                                               /s/ Daniel E. Klaus
                                                                               Daniel E. Klaus (#17889)