UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| YOUTUBE, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER L. BRADY,<br><br>    Defendant. | Case No. 8:19-cv-353<br><br>**ENTRY OF APPEARANCE** |

Sheila A. Bentzen and the law firm Rembolt Ludtke LLP hereby enters their appearance as the counsel of record for Defendant Christopher L. Brady.

DATED September 6, 2019

        CHRISTOPHER L. BRADY, Defendant

        By: REMBOLT LUDTKE LLP
           3 Landmark Centre
           1128 Lincoln Mall, Suite 300
           Lincoln, NE 68508
           (402) 475-5100

        By: /s/ Sheila A. Bentzen
           Sheila A. Bentzen (#25020)
           sbentzen@remboltlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this documents via the Court's CM/ECF system on September 6, 2019. Any other counsel of record will be served by facsimile transmission and/or first class mail.

        /s/ Sheila A. Bentzen
        Sheila A. Bentzen (#25020)

38136.000/4835-2207-8884, v. 1