UNITED STATES DISTRICT COURT DISTRICT OF NEBRASKA

| | |
|---|---|
| YOUTUBE, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER L. BRADY, <br><br> Defendant. | Case No. 8:19-cv-353 <br><br> **MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

Defendant Christopher L. Brady, by his attorneys, Rembolt Ludtke LLP, and pursuant to Fed. R. Civ. P. 6 (b), respectfully moves the Court for an additional twenty-one (21) days in which to responsively plead to Plaintiff's Complaint. In support of this request, Defendant states as follows:

1. Plaintiff filed its Complaint on August 19, 2019, and it was served upon the Defendant on August 21, 2019.

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendant is required to respond to the Complaint by September 11, 2019.

2. The time in which to respond to Plaintiff's Complaint has not yet expired, and therefore, this request is timely filed.

WHEREFORE, the Defendant respectfully requests the entry of an Order granting his request for an extension of time so that he may have an additional twenty-one (21) days, until on or before October 2, 2019, to responsively plead to Plaintiff's Complaint.

DATED September 6, 2019

                        CHRISTOPHER L. BRADY, Defendant

By:    REMBOLT LUDTKE LLP
        3 Landmark Centre
        1128 Lincoln Mall, Suite 300
        Lincoln, NE 68508
        (402) 475-5100

By:    /s/ Sheila A. Bentzen
        Sheila A. Bentzen (#25020)
        Daniel E. Klaus (#17889)
        sbentzen@remboltlawfirm.com
        dklaus@remboltlawfirm.com

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this documents via the Court's CM/ECF system on September 6, 2019. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                                     /s/ Sheila A. Bentzen
                                                       Sheila A. Bentzen (#25020)

4831-7316-5988, v. 1