IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOUTUBE, LLC, a Delaware Limited Liability Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER L. BRADY, )<br>)<br>Defendant. ) | Case No. 8:19-cv-353<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

Defendant Christopher L. Brady, by his attorneys, Rembolt Ludtke LLP, and pursuant to Fed. R. Civ. P. 6 (b), respectfully moves the Court for an additional seven (7) days to October 9, 2019 in which to answer or otherwise respond to Plaintiff's Complaint. In support of this request, Defendant states as follows:

1. Plaintiff filed its Complaint on August 19, 2019, and it was served upon the Defendant on August 21, 2019.

2. Defendant timely filed a Motion for Extension of Time to File Response to Complaint on September 6, 2013 which was granted by the Court pursuant to the Text Order (Doc 14) filed on September 6, 2013. Defendant's deadline to answer or otherwise respond to the Complaint was extended to October 2, 2019.

3. Defendant requests additional time to respond to Plaintiff's Complaint as the parties are currently discussing settlement of this matter.

4. The time in which to respond to Plaintiff's Complaint has not yet expired, and therefore, this request is timely filed.

5. Counsel for Defendant has discussed this extension with counsel for Plaintiff, and counsel for Plaintiff does not object to the extension.

WHEREFORE, the Defendant respectfully requests the entry of an Order granting his request for an extension of time to and including October 9, 2019, within which to answer or otherwise respond to Plaintiff's Complaint.

DATED September 25, 2019

                                      CHRISTOPHER L. BRADY, Defendant

By:    REMBOLT LUDTKE LLP
          3 Landmark Centre
          1128 Lincoln Mall, Suite 300
          Lincoln, NE 68508
          (402) 475-5100

By:    /s/ Daniel E. Klaus
          Sheila A. Bentzen (#25020)
          Daniel E. Klaus (#17889)
          sbentzen@remboltlawfirm.com
          dklaus@remboltlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this documents via the Court's CM/ECF system on September 25, 2019. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                      /s/ Daniel E. Klaus
                                      Daniel E. Klaus (#25020)

4844-5586-1159, v. 1