IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YOUTUBE, L.L.C., a Delaware corporation, | ) ) ) | CASE NO. 8:19-cv-353 |
| Plaintiff, | ) ) ) ) | **STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |
| vs. | ) ) | |
| CHRISTOPHER L. BRADY, an individual, | ) ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff YouTube L.L.C. and Defendant Christopher L. Brady, that a Judgment shall be entered to fully and finally dispose of this civil action in favor of YouTube L.L.C. and against Defendant Christopher L. Brady.

IT IS FURTHER STIPULATED that this Judgment shall permanently enjoin Defendant Christopher L. Brady and other persons who are in active concert or participation with him, from directly or indirectly:

    a.    Submitting any notices of alleged copyright infringement to YouTube that misrepresent that material hosted on the YouTube service is infringing copyrights held or claimed to be held by Brady or anyone Brady claims to represent; and

    b.    Misrepresenting or masking their identities in future interactions on or with services offered by Google LLC or its affiliates, including but not limited to YouTube services.

The Parties therefore respectfully request that the Court enter the Proposed Judgment and Permanent Injunction, attached hereto.

DATED October 14, 2019      YOUTUBE, L.L.C., Plaintiff

    ___s/ David H. Kramer_____
David H. Kramer (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

and

Sam King (#19422)
Erin R. Robak (#23407)
MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
11404 West Dodge Road, Suite 500
Omaha, Nebraska 68154
Telephone: (402) 492-9200
Email: SamKing@mgwl.com
ErinRobak@mgwl.com

*Attorneys for Plaintiff*
YOUTUBE, L.L.C.

DATED: October 14, 2019      CHRISTOPHER L. BRADY, Defendant,

    ___s/ Daniel E. Klaus_____
Daniel E. Klaus (#17889)
Sheila A. Bentzen (#25020)
REMBOLT LUDTKE LLP
3 Landmark Centre
1128 Lincoln Mall, Suite 300
Lincoln, NE 68508
Telephone: (402) 475-5100
Email: sbentzen@remboltlawfirm.com
dklaus@remboltlawfirm.com

*Attorneys for Defendant*
CHRISTOPHER L. BRADY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOUTUBE, L.L.C.,<br>a Delaware corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>CHRISTOPHER L. BRADY, an individual,<br><br>           Defendant. | CASE NO. 8:19-cv-353<br><br>**[PROPOSED]**<br>**JUDGMENT AND**<br>**PERMANENT INJUNCTION** |

This matter is before the Court on the parties' Stipulation to Entry of Judgment and Permanent Injunction (Filing No. ___). The Court has reviewed this Stipulation and concludes that it should be approved, and that judgment and a permanent injunction should be entered in favor of Plaintiff YouTube L.L.C. and against Defendant Christopher L. Brady. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

Defendant Christopher L. Brady and other persons who are in active concert or participation with him, are permanently enjoined from directly or indirectly:

    a.    Submitting any notices of alleged copyright infringement to YouTube that misrepresent that material hosted on the YouTube service is infringing copyrights held or claimed to be held by Brady or anyone Brady claims to represent; and

    b.    Misrepresenting or masking their identities in future interactions on or with services offered by Google LLC or its affiliates, including but not limited to YouTube services.

Dated: _____

                                                                              _____
                                                                              Hon. _____
                                                                              United States District Court Judge