IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| YOUTUBE, LLC, a Delaware Limited Liability Company; | 8:19CV353 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER L BRADY, an individual; | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation to Entry of Judgment and Permanent Injunction (Filing No. 18). The Court has reviewed this Stipulation and concludes that it should be approved, and that judgment and a permanent injunction should be entered in favor of Plaintiff YouTube L.L.C. and against Defendant Christopher L. Brady. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

Defendant Christopher L. Brady and other persons who are in active concert or participation with him, are permanently enjoined from directly or indirectly:

    a. Submitting any notices of alleged copyright infringement to YouTube that misrepresent that material hosted on the YouTube service is infringing copyrights held or claimed to be held by Brady or anyone Brady claims to represent; and

    b. Misrepresenting or masking their identities in future interactions on or with services offered by Google LLC or its affiliates, including but not limited to YouTube services.

Dated this 24th day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge