IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOUTUBE, LLC, a Delaware Limited Liability Company;<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER L BRADY, an individual;<br><br>    Defendant. | 8:19CV353<br><br>JUDGMENT |

Pursuant to the Memorandum and Order entered on October 24, 2019 (Filing No. 20) and upon stipulation of the parties (Filing No. 18), judgment and a permanent injunction are entered in favor of Plaintiff YouTube L.L.C. and against Defendant Christopher L. Brady.

Dated this 28th day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge